# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC,<br>    Plaintiff,<br><br>        v.<br><br>EMMANUEL FROST,<br>    Defendant. | CV 18-2311 DSF (GJSx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiff's complaint was filed in this Court on the basis of diversity jurisdiction. However, Plaintiff has not adequately pleaded its own citizenship. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to show cause, in writing, no later than August 14, 2018, why this case should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: 8/1/2018

Dale S. Fischer
United States District Judge