# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC,<br>    Plaintiff,<br><br>v.<br><br>EMMANUEL FROST,<br>    Defendant. | CV 18-2311 DSF (GJSx)<br><br>JUDGMENT |

The Court having issued an order to show cause re dismissal for lack of subject matter jurisdiction and Plaintiff having failed to respond,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date: 8/21/18

Dale S. Fischer
United States District Judge